# United States District Court

EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 2:06CR21(2) |
| | § | |
| JOSEPH RAYMOND COFFMAN | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND FINDING DEFENDANT GUILTY

On this day, the Court considered the Amended Findings of Fact and Recommendation of United States Magistrate Judge Caroline M. Craven regarding Defendants' plea of guilty to Count 1 of an Indictment in violation of Title 21, USC, Section 846. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the guilty plea of the Defendant. No objections to the Findings of Fact and Recommendation have been filed. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Amended Findings of Fact and Recommendation of the United States Magistrate Judge, filed March 26, 2007, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the Court finds Defendant GUILTY of Count 1 of the Indictment in the above-numbered cause.

SIGNED this 10th day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE